BEFORE THE FIRST DIVISION, JUNE 10, 1948

**No. 52370.**—Max Durafourg Gem Co. et al. *v.* United States, protests 133788–K (B), etc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 10, 1948

**No. 52371.**—Florea & Co., Inc. *v.* United States, protest 81339–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52372.**—H. H. Schmidt Glove Co., Inc. *v.* United States, protests 878194–G, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.